**Mrs. Eula MARKWARD, Independent Executrix, Appellant, v. Mrs. Fannie MURRAH et al., Appellees.**

No. 10652.

Court of Civil Appeals of Texas. San Antonio.

Jan. 17, 1940.

Rehearing Denied Feb. 14, 1940.

John L. Dodson, of Del Rio, for appellant.

Wallace & Thurmond, of Del Rio, for appellees.

SMITH, Chief Justice.

This is a companion case to cause No. 10651, L. H. Clark et al. v. Mrs. Fannie Murrah et al., this day decided by this Court 136 S.W.2d 652, the facts and questions of law in both cases being identical. Therefore, for the reasons stated in the opinion in the cited case, the judgment in this cause will be affirmed.